## HARRIS v. STATE.
### No. 14036.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CHRISTIAN, J.

The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The judgment, sentence, notice of appeal, and recognizance do not appear to have been entered in the minutes of the court. Hence it becomes our duty to order a dismissal.

The appeal is dismissed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.